■ HARLEYSVILLE INSURANCE COMPANY, Appellant, v TRAVELERS INSURANCE COMPANY et al., Respondents. [836 NYS2d 481]—

Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.